# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

## NOTICE OF JURY TRIAL SETTING

**TAKE NOTICE** that this matter will be set for JURY TRIAL, on **May 6, 2024** on a **trailing docket**, before United States District Judge Kenneth J. Gonzales at the U.S. Courthouse, 100 N. Church, Mimbres Courtroom, North Tower, Fourth Floor, Las Cruces, New Mexico.

ALL COUNSEL MUST BE PRESENT AT THE **CALL OF THE CALENDAR AT 11:30 AM ON Wednesday April 17, 2024** AT THE SAME LOCATION AS ABOVE.

Counsel should refer to the procedures regarding due dates for Jury Instructions and Motions in Limine for Judge Gonzales which is available on the Court's website. A pretrial conference may be set by the Court should it be necessary.

**Motions for continuance** are to be filed in accordance with 18 U.S.C. §3161(h)(7)(A) and <u>United States v. Toombs</u>, 574 F.3d 1262 (2009), setting forth the factual grounds justifying the continuance and the number of continuances previously filed. In cases involving multiple defendants, counsel **MUST** file a joint motion for continuance with all counsel agreeing to said motion. If a motion for continuance is opposed by a co-defendant, movant may file a single opposed motion stating the position of co-defendant(s).

To conserve judicial resources, the Court **MUST** be advised of all plea hearings and/or motions for continuance **no later** than **noon** on **April 15, 2024.** Local counsel is required to appear at all hearings unless excused by the Court. If there are any requirements for special electronic equipment to be brought into the courthouse for trial, prior arrangements must be made with the U.S. Marshals Service.

Inquiries and/or notices of change of plea should be directed to Annette Nanez at (575) 528-1646.

_____
**MITCHELL R. ELFERS**
**CLERK OF COURT**

A true copy of this document was served -- via mail or electronic means -- to counsel of record as they are shown on the Court's Docket.